**Order filed May 6, 2021**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00432-CV
_____

### NASSER CHEHAB, Appellant

### V.

### BBVA COMPASS BANCSHARES, INC., Appellee

**On Appeal from the 189th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2020-10745**

## O R D E R

Appellant's brief was due March 15, 2021. No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **May 26, 2021**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel Consists of Chief Justice Christopher and Justices Zimmerer and Hassan.